UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAHA VISCONTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-2510 (UNA) |
| | ) | |
| GAVIN NEWSOM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION**

This matter is before the court on plaintiff's application to proceed *in forma pauperis*, ECF No. 2, and *pro se* complaint, ECF No. 1. The Court grants the application and, for the reasons discussed below, dismisses the complaint.

Plaintiff currently is detained at the Central California Women's Facility in Chowchilla, California. Her complaint touches on several topics, among which are criminal proceedings against John Visconti, *see, e.g.*, ECF No. 1 at 6-7 (page numbers designated by CM/ECF), the bankruptcy of Axium International, *see, e.g.*, *id*. at 7, the custody of plaintiff's son, *see, e.g.*, *id*. at 6, 8, 10-11, plaintiff's allegedly false incarceration, *see, e.g.*, *id*. at 7-8, and the conditions of plaintiff's confinement, *see, e.g.*, *id*. at 10. For reasons not articulated in the complaint, plaintiff attributes her injuries to the Governor of California, the Federal Bureau of Investigation, and assorted law enforcement officials, among others, *see, e.g.*, *id*. at 2-4, and purports to bring a civil rights action under 42 U.S.C. § 1983, *see id*. at 5.

A complaint must contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

2

The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of res judicata applies. *See Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). This complaint falls short because it neither articulates a cognizable legal claim nor gives any defendant notice of the claims plaintiff brings.

    A separate order accompanies this Memorandum Opinion.


DATE: December 13, 2024                                          LOREN L. ALIKHAN
                                                                       United States District Judge